# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMARR BROWN,<br>Petitioner<br>v.<br>KIM HOLLAND, Warden CCI,<br>Respondent. | Case No. 2:15-cv-05079-RSWL (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition [Dkt. 19], all documents filed and lodged in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the First Amended Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATE: May 30, 2019         /s/ RONALD S.W. LEW
                           RONALD S. W. LEW
                           UNITED STATES DISTRICT JUDGE