1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAMARR BROWN,

           Petitioner

     v.

KIM HOLLAND, Warden CCI,

         Respondent.

Case No. 2:15-cv-05079-RSWL (GJS)

**JUDGMENT**

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: May 30, 2019         /s/ RONALD S.W. LEW
                            RONALD S. W. LEW
                            UNITED STATES DISTRICT JUDGE